Matter of Jon Z. (2026 NY Slip Op 00818)

Matter of Jon Z.

2026 NY Slip Op 00818

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026

PRESENT: BANNISTER, J.P., MONTOUR, SMITH, GREENWOOD, AND HANNAH, JJ. (Filed Feb. 11, 2026.) 

MOTION NO. (856/25) CA 24-00601.

[*1]IN THE MATTER OF JON Z. AND VICTOR Z., FOR THE APPOINTMENT OF A GUARDIAN OF THE PROPERTY AND/OR PERSON OF MARGARET Z., AN ALLEGED INCAPACITATED PERSON. JON Z., PETITIONER-APPELLANT; THERESA M. GIROUARD, ESQ., APPOINTED GUARDIAN FOR MARGARET Z., AN ALLEGED INCAPACITATED PERSON, RESPONDENT-RESPONDENT.

MEMORANDUM AND ORDER
Motion for reargument denied.